IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG-21-58 |
| | * | |
| ANTONIO DWAYNE JOHNSON | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

# GOVERNMENT'S PROPOSED VERDICT FORM

## COUNT ONE

1. How do you find the defendant, Antonio Dwayne Johnson, as to Count One of the Indictment, <u>Felon in Possession of a Firearm or Ammunition</u>

Guilty _____        Not Guilty _____

## COUNT TWO

2. How do you find the defendant, Antonio Dwayne Johnson, as to Count Two of the Indictment, <u>Possession with Intent to Distribute a Controlled Substance</u>

Guilty _____        Not Guilty _____

If you find the defendant, Antonio Dwayne Johnson, guilty of Count Two, please answer the following question, question 3. If you find the defendant, Antonio Dwayne Johnson, not guilty of Count Two, please skip/leave blank question 3.

## COUNT THREE

3. How do you find the defendant, Antonio Dwayne Johnson, as to Count Three of the Indictment, <u>Possession of a Firearm in Furtherance of a Drug Trafficking Crime</u>

Guilty _____        Not Guilty _____