United States of America

v.

Antonio Dwayne Johnson

CS: PWG-21-58

## Motion For Appropriate Relief

Comes Here and Now on Nov. 3, 2022 request Judge to take Judicial Notice that pursuant to U.S.C. Rule(26) Discovery and Breach of Duty in accordance with MD Rule and Attorney Professional Conduct request for Appropriate Relief for reason Here to.

1. Counsel ineffectiveness of counsel violates my constitutional rights and as a request cause's Constitutional injuries.

See: attachment

(1)

Haven't gotten one piece of discovery. Coherced me into plea without affording me procedural due process as guaranteed under U.S. Constitution, for example 1. Pursuant to Rule 26 as requested Mr. McKenna had a duty to disclose discovery. "B" Discovery Scope and Limits Parties may obtain discovery... Which did not happen in this case

2. Which states the party seeking discovery has not had ample oppurtunity to obtain information about discovery in above captioned case as requested

3. ... As it pertains to documents tangable things and material evidence and he failed to investigate material evidence as requested

(2)

4. Pursuant Federal Rules of Criminal Procedure "Evidence" This foreclosure instituted by counsel on record with the court Mr. McKenna abridge my constitunal rights under, by directly violating procedural rules to wit discovery.

And affords me Ineffective Assitance Counsel set in Strickland vs. Washington He also breachs his duty and ethical code as set out in Maryland Rules of Professional Conduct

   Wherefore defendant respectfully request that this court issue and order that I recieve discovery in it's entirety and praise for appropriate relief

(3)

Declaration

I, Antonio Johnson do declare that the statements made are true and correct under the penatlies of perjury and that I am compentent 18 years of age and able to stand trial

(4)

Certificate of Service

I do declare and Hereby Certify that on November 3, 2022 (a) True copy was sent to the clerk of the court for United States District Court of Maryland. With a copy to be fowarded to the State and to before the court.

6500 Cherrywood Ln, Suite #200
Greenbelt, MD. 20770

Antonio D. Johnson #B03486
Antonio D. Johnson
13400 Dille Drive
Upper Marlboro, MD
20770